# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ALOFT MEDIA, LLC,**<br>　　**Plaintiff,**<br>v.<br>**GOOGLE, INC.**<br>　　**Defendant.** | **Civil Action No. 6:08-cv-440-LED**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Danny L. Williams, enters his appearance in this matter for Plaintiff Aloft, LLC ("Aloft") for the purpose of receiving notices and orders from the Court.

DATED: November 20, 2008

Respectfully submitted,
By: \s\Danny L. Williams
Danny L. Williams
TX State Bar No. 21518050
**WILLIAMS, MORGAN & AMERSON, P.C.**
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011
E-mail: danny@wmalaw.com

## CERTIFICATE OF SERVICE

       I certify that counsel of record who are deemed to have consented to electronic service are being served on November 20, 2008, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

       \s\Danny L. Williams