# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## TYLER DIVISION

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 6:08-cv-440-LED** |
| **v.** | § | |
| | § | |
| **GOOGLE, INC.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendants.** | § | |
| | § | |

## NOTICE OF APPEARANCE

Aloft Media, LLC, plaintiff in the above-entitled and numbered civil action,

hereby notifies the Court and all parties that the following person, in addition to those

who previously gave notice, is appearing as counsel of record.

Matthew M. Hill
Texas State Bar No. 24041101
HILL & HOLT, P.L.L.C.
P.O. Box 6945
Longview, TX 75608
(903) 230-7914 (phone)
(903) 269-1381 (fax)
mhill@hillandholt.com

Respectfully submitted,

Matthew M. Hill
Texas State Bar No. 24041101
Jason A. Holt
Texas State Bar No. 24041122
HILL & HOLT, P.L.L.C.
P.O. Box 6945
Longview, Texas 75608
(903) 230-7914 (phone)
(903) 269-1381 (fax)
mhill@hillandholt.com
jholt@hillandholt.com

*Counsel for Aloft Media, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 20th day of November, 2008.

Matthew M. Hill