AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____EASTERN_____ District of _____TEXAS_____

ALOFT MEDIA, LLC

**SUMMONS IN A CIVIL ACTION**

V.

GOOGLE, INC.

CASE NUMBER:  6:08-cv-440

TO: (Name and address of Defendant)

Google, Inc.
Corporations Service Company
d/b/a CSC-Lawyers Incorporating Service Company
701 Brazos Street, Suite 1050
Austin, TX 78701



CLERK, U.S. DISTRICT COURT
RECEIVED
NOV 26 2008
EASTERN DISTRICT OF TEXAS

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric M. Albritton
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



David Maland
CLERK OF COURT

11/19/08
DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

via Certified mail, return receipt requested 7007,1490,0000,1779,1548

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/24/08    Rose E. West
              *Date*           *Signature of Server*

111 West Tyler St, Longview, TX 75601
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Google, Inc.
Corporations Service Co.
d/b/a CSC-Lawyers Inc.
Service Company
701 Brazos St, Suite 1050
Austin, TX 78701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Christopher Hornsby    11/11/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*    7007 1490 0000 1779 1548

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540