# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ALOFT MEDIA, LLC,**<br><br>      Plaintiff,<br>v.<br><br>**GOOGLE, INC.**<br><br>      Defendant. | **Civil Action No. 6:08-cv-440-LED**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S REPLY TO COUNTERCLAIMS OF GOOGLE INC.

Plaintiff Aloft Media, LLC ("Aloft") responds to each of the numbered paragraphs of the counterclaims of Google Inc. ("Google"), as set forth in its Answer, Affirmative Defenses, and Counterclaims to Plaintiff's Complaint ("Answer and Counterclaims"), as follows:

### THE PARTIES

1. Admitted.

2. Aloft admits that it is a Texas limited liability company with its principal place of business at 211 W. Tyler Street, Suite C-1, Longview, Texas 75601. Aloft denies the remaining allegations in paragraph 2.

### JURISDICTION AND VENUE

3. Aloft admits that this Court has subject matter jurisdiction. Otherwise, denied.

4. Aloft admits that this Court has personal jurisdiction. Otherwise, denied.

### FACTUAL BACKGROUND

5. Admitted.

6. Denied.

7. Aloft admits that an actual case or controversy exists for purposes of declaratory judgment jurisdiction but denies that Google's counterclaims have any merit whatsoever.

**COUNT ONE**

**Declaratory Judgment of Non-Infringement of U.S. Patent No. 7,194,691**

8. Aloft admits that Google purports to incorporate by reference paragraphs 1-7 of its Answer and Counterclaims but denies the allegations in those paragraphs unless specifically admitted herein.

9. Aloft admits that an actual case or controversy exists for purposes of s declaratory judgment jurisdiction but denies that Google's counterclaims have any merit whatsoever.

10. Aloft admits that Google contends that a judicial declaration is necessary and appropriate so that Google may ascertain its rights regarding the '691 patent but denies that Google's counterclaims have any merit whatsoever.

11. Denied.

12. Denied.

**COUNT TWO**

**Declaratory Judgment of Invalidity of U.S. Patent No. 7,194,691**

13. Aloft admits that Google purports to incorporate by reference paragraphs 1-12 of its Answer and Counterclaims but Aloft denies the allegations in those paragraphs unless specifically admitted herein.

14. Aloft admits that an actual case or controversy exists for purposes of declaratory judgment jurisdiction but denies that Google's counterclaims have any merit whatsoever.

15. Aloft admits that Google contends that a judicial declaration is necessary and appropriate so that Google may ascertain its rights regarding the '691 patent but denies that Google's counterclaims have any merit whatsoever.

16. Denied.

17. Denied.

Aloft denies that Google is entitled to any relief, and specifically denies all the allegations and prayers for relief contained in paragraphs a-i of Google's Answer and Counterclaims.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Aloft respectfully requests that this Court enter judgment denying and dismissing Google's counterclaims, and that the Court enter judgment in favor of Aloft as requested in Aloft's complaint.

## DEMAND FOR JURY TRIAL

Aloft, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Dated: <u>January 5, 2009</u>　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　__/s/_ Matt Rodgers_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Eric M. Albritton
　　　　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 00790215
　　　　　　　　　　　　　　　　　　　　　　　　　　Craig Tadlock
　　　　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 00791766
　　　　　　　　　　　　　　　　　　　　　　　　　　Adam A. Biggs
　　　　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24051753
　　　　　　　　　　　　　　　　　　　　　　　　　　ALBRITTON LAW FIRM
　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 2649
　　　　　　　　　　　　　　　　　　　　　　　　　　Longview, Texas 75606
　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (903) 757-8449

Facsimile: (903) 758-7397
ema@emafirm.com
cct@emafirm.com
aab@emafirm.com

Thomas John Ward, Jr.
Texas Bar No. 00794818
WARD & SMITH LAW FIRM
P O Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

Danny L. Williams
Texas Bar No. 24041802
Christopher N. Cravey
Texas Bar No. 24034398
Matthew R. Rodgers
Texas Bar No. 24041802
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-4060
Facsimile: (713) 934-7011
danny@wmalaw.com
ccravey@wmalaw.com
mrodgers@wmalaw.com

ATTORNEYS FOR PLAINTIFF ALOFT MEDIA, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 5th day of January, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile and or U.S. Mail on this same date.

/s/ Riny Pieternelle_____
Riny Pieternelle