IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC | § § § | |
| v. | § § § § | CIVIL ACTION NO.6:08-cv-440(LED) JURY TRIAL DEMANDED |
| GOOGLE, INC. | § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANT GOOGLE, INC.

Defendant GOOGLE, INC. files this Notice of Appearance of Additional Counsel, and hereby notifies the Court that Allen F. Gardner of the law firm Potter Minton, A Professional Corporation, 110 North College, Suite 500, Tyler, Texas 75702, is appearing as additional counsel for Defendant in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: February 25, 2009

Respectfully submitted,

**POTTER MINTON**
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas  75710
(903) 597 8311
(903) 593 0846 (Facsimile)

By: */s/ Allen F. Gardner*
    Allen F. Gardner
    State Bar No. 24043679
    allengardner@potterminton.com

*Attorneys for Defendant GOOGLE, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 25, 2009. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/Allen F. Gardner*