**March 2, 2009 STATUS CONFERENCE**

1:45 pm – Judge Davis called each case and parties announced ready for proceedings.  (See attached Sign-in Sheet for Attorney Appearances).

Court re-called each case and parties announced whether they consented to Magistrate Judge John Love.

Court in recess.

Hearing resumed.  Judge Love gave parties their prospective Markman Hearing Dates and Jury Selection Dates as indicated below.

**\*\*NOTE: THE SEPTEMBER 2010 TRIAL DATES SHOULD BE SEPTEMBER 7, 2010. SEPTEMBER 6, 2010 IS LABOR DAY (FEDERAL HOLIDAY).**

| Case # | Case Name | LED Markman | JDL Markman | LED Trial | JDL Trial |
|---|---|---|---|---|---|
| 6:08cv417 | Acceleron, LLC v. Egenera, Inc., et al. | **03.11.2010** | | **10.04.2010** | |
| 6:08cv429 | Motiva, LLC v. Nintendo Co. Ltd., et al | **03.25.2010** | | **10.04.2010** | |
| 6:08cv440 | Aloft Media, LLC v. Google, Inc. | | **01.07.2010** | | **\*\* 09.07.2010** |
| 6:08cv453 | Cedric R. Emanuel v. Tiger Tool Int'l | | **12.07.2009** | **07.06.2010** | |
| 6:08cv460 | Adaptix, Inc. v. Clearwire Corp, et al | **04.01.2010** | | **12.06.2010** | |
| 6:09cv17 | Lonestar Inventions v. Advanced Micro Devices | | **01.04.2010** | | **\*\* 09.07.2010** |

2:15 pm  There being nothing further, Court adjourned.