IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ALOFT MEDIA, LLC

                                                                                         6:08cv440

vs

GOOGLE, INC

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to **JOHN D. LOVE**

United States Magistrate Judge, for all further proceedings and entry of judgment in

accordance with Title 28, U.S.C. 636(c) and the consent of the parties.

**So ORDERED and SIGNED this 4th day of March, 2009.**



       **LEONARD DAVIS**
       **UNITED STATES DISTRICT JUDGE**