# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | |
|---|---|
| **ALOFT MEDIA, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | Civil Action No. 6:08-CV-440 |
| **v.** § | |
| § | |
| **GOOGLE, INC.** § | **JURY TRIAL DEMANDED** |
| § | |
| **Defendant.** § | |

## ORDER

Plaintiff Aloft Media LLC's Unopposed Motion to Extend Time to serve its disclosures under Local P.R. 3-1 and 3-2 shall be, and is hereby GRANTED. It is ORDERED that Plaintiff's disclosures under Local P.R. 3-1 and 3-2 shall not be due on March 6, 2009, and that the parties shall submit a proposed deadline for such disclosures as part of the Docket Control Order, which is presently due to be submitted to the Court on or before March 16. 2009.

**So ORDERED and SIGNED this 5th day of March, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE