IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC | § | |
| | § | |
| v. | § | CASE NO. 6:08cv440 |
| | § | |
| GOOGLE, INC. | § | |

## ORDER

Comes now the Court and pursuant to the status conference held on March 2, 2009, orders that the following dates be incorporated into the Docket Control Order which is due by March 16, 2009:

| | |
|---|---|
| *Markman* | January 7, 2010 at 9:00 a.m. |
| Pre-Trial Conference | August 26, 2010 at 9:00 a.m. |
| Jury Selection | September 7, 2010 at 9:00 a.m.; |
| Jury Trial | September 13, 2010 at 9:00 a.m. |

**So ORDERED and SIGNED this 5th day of March, 2009.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE