# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ALOFT MEDIA, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | Civil Action No. 6:08-CV-440 |
| v. § | |
| § | |
| **GOOGLE, INC.** § | **JURY TRIAL DEMANDED** |
| § | |
| **Defendant.** § | |

## JOINT MOTION TO EXTEND TIME
## TO SUBMIT PROPOSED DOCKET CONTROL ORDER
## AND DISCOVERY ORDER

Plaintiff ALOFT MEDIA, LLC ("Plaintiff") and ("Defendant") GOOGLE, INC. files this Joint Motion to Extend Time to Submit Proposed Docket Control and Discovery Orders, and for their Motion would respectfully show unto the Court the following:

The current deadline to file a proposed Docket Control Order and Discovery Order is March 30, 2009. The parties respectfully request a one week extension of time up to and including April 6, 2009, in which to file their proposed Docket Control and Discovery Orders. The additional time will increase the chances that the two (2) Orders will be agreed.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff and Defendant respectfully request the Court to grant the extension as set forth herein above.

Respectfully submitted,

| | |
|---|---|
| **/s/ Craig Tadlock**<br>Eric M. Albritton<br>Texas State Bar No. 00790215<br>Craig Tadlock<br>Texas State Bar No. 00791766<br>Adam A. Biggs<br>Texas State Bar No. 24051753<br>ALBRITTON LAW FIRM<br>P.O. Box 2649<br>Longview, Texas 75606<br>(903) 757-8449 (phone)<br>(903) 758-7397 (fax)<br>ema@emafirm.com<br>cct@emafirm.com<br>aab@emafirm.com | Scott E. Stevens<br>State Bar No. 00792024<br>Kyle J. Nelson<br>State Bar No. 24056031<br>STEVENS LAW FIRM<br>P.O. Box 807<br>Longview, Texas 75606<br>Tel: 903-753-6760<br>Fax: 903-753-6761<br>scott@seslawfirm.com<br>kyle@seslawfirm.com |
| T. John Ward, Jr.<br>Texas Bar No. 00794818<br>WARD & SMITH LAW FIRM<br>P.O. Box 1231<br>Longview, TX 75606-1231<br>Telephone: (903) 757-6400<br>Facsimile: (903) 757-2323<br>jw@jwfirm.com | Danny L. Williams<br>Texas State Bar No. 21518050<br>Chris Cravey<br>Texas State Bar no. 24034398<br>WILLIAMS, MORGAN &<br>AMERSON, P.C.<br>10333 Richmond, Suite 1100<br>Houston, Texas 77042<br>Telephone: (713) 934-4060<br>Facsimile: (713) 934-7011<br>danny@wmalaw.com<br>cravey@wmalaw.com |
| Jason A. Holt<br>Texas State Bar No. 24041122<br>Matthew M. Hill<br>Texas State Bar No. 24041101<br>HILL & HOLT, P.L.L.C.<br>P.O. Box 6945<br>Longview, TX 75608<br>(903) 230-7914 (phone)<br>(903) 269-1381 (fax)<br>jholt@hillandholt.com<br>mhill@hillandholt.com | ***ATTORNEYS FOR PLAINTIFF ALOFT MEDIA, LLC*** |

| | |
|---|---|
| Michael E. Jones<br>State Bar No. 10929400<br>Allen F. Gardner<br>State Bar No. 24043679<br>POTTER MINTON<br>A Professional Corporation<br>110 N. College, Suite 500 (75702)<br>P.O. Box 359<br>Tyler, Texas 75710<br>(903) 597-8311<br>(903) 593-0846 (Facsimile)<br>mikejones@potterminton.com<br>allengardner@potterminton.com | /s/ Scott T. Weingaertner<br>Robert F. Perry<br>rperry@kslaw.com<br>Scott T. Weingaertner<br>sweingaertner@kslaw.com<br>Christopher C. Carnaval<br>ccarnaval@kslaw.com<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222<br><br>*ATTORNEYS FOR DEFENDANT GOOGLE, INC.* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel, who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 30th day of March, 2009.

Craig Tadlock