# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 6:08-CV-440 |
| v. § | |
| § | |
| GOOGLE, INC. § | JURY TRIAL DEMANDED |
| § | |
| Defendant. § | |

### ORDER GRANTING JOINT MOTION TO EXTEND TIME
### TO SUBMIT PROPOSED DOCKET CONTROL ORDER
### AND DISCOVERY ORDER

Plaintiff ALOFT MEDIA, LLC ("Plaintiff") and ("Defendant") GOOGLE, INC. filed their Joint Motion to Extend Time to Submit Proposed Docket Control and Discovery Orders. The Court, after review of the subject Motion and upon due consideration, it is hereby ORDERED that said Motion shall be in all things granted; and it is

FURTHER ORDERED that the deadline for Plaintiff and Defendant to file their proposed Docket Control Order and Discovery Order shall be extended to and including April 6, 2009.

**So ORDERED and SIGNED this 31st day of March, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE