# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | CASE NO. 6:08-CV-440 <br><br> Hon. Leonard E. Davis <br><br> JURY |

## JOINT MOTION FOR EXTENSION OF TIME
## TO FILE PROPOSED DISCOVERY AND DOCKET CONTROL ORDERS

Plaintiff ALOFT MEDIA, LLC and Defendant GOOGLE INC. to file this Joint Motion for Extension of Time to File Proposed Discovery and Docket Control Orders, and for their Motion would respectfully show to the Court the following:

The current deadline to file a proposed Discovery Order and Docket Control Order is April 6, 2009. The parties respectfully request a seven (7) day extension of time up to and including April 13, 2009, in which to file their proposed Discovery and Docket Control Orders. The additional time will increase the chances that the two (2) proposed Orders will be agreed.

WHEREFORE, ABOVE PREMISES CONSIDERED, Plaintiff and Defendant respectfully request that their Motion be granted, and that the deadline to file proposed Discovery and Docket Control Orders be extended from April 6, 2009, to and including April 13, 2009.

Dated: April 6, 2009

Respectfully submitted,

By: */s/ Michael E. Jones* _____
Michael E. Jones
State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
(903) 597-8311
(903) 593-0846 (Facsimile)
mikejones@potterminton.com
allengardner@potterminton.com

Of Counsel:

Scott T. Weingaertner
sweingaertner@kslaw.com
Robert F. Perry
rperry@kslaw.com
Christopher C. Carnaval
ccarnaval@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

ATTORNEYS FOR DEFENDANT
GOOGLE INC.


*/s/ Craig Tadlock, with permission
by Michael E. Jones*
Eric M. Albritton
Texas State Bar No. 00790215
Craig Tadlock
Texas State Bar No. 00791766
Adam A. Biggs
Texas State Bar No. 24051753
ALBRITTON LAW FIRM
P.O. Box 2649

2

Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com
cct@emafirm.com
aab@emafirm.com

T. John Ward, Jr.
Texas Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

Danny L. Williams
Texas State Bar No. 21518050
Chris Cravey
Texas State Bar No. 24034398
WILLIAMS, MORGAN &
AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-4060
Facsimile: (713) 934-7011
danny@wmalaw.com
cravey@wmalaw.com

Scott E. Stevens
State Bar No. 00792024
Kyle J. Nelson
State Bar No. 24056031
STEVENS LAW FIRM
P.O. Box 807
Longview, Texas 75606
Tel: 903-753-6760
Fax: 903-753-6761
scott@seslawfirm.com
kjn@seslawfirm.com

Jason A. Holt
Texas State Bar No. 24041122
Matthew M. Hill
Texas State Bar No. 24041101
HILL & HOLT, P.L.L.C.

P.O. Box 6945
Longview, TX 75608
(903) 230-7914 (phone)
(903) 269-1381 (fax)
jholt@hillandholt.com
mhill@hillandholt.com

*ATTORNEYS FOR PLAINTIFF*
*ALOFT MEDIA, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 6, 2009. Any other counsel of record will be served by U.S. first class mail on this same date.

                                          */s/ Michael E. Jones*
                                          Michael E. Jones