# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | CASE NO. 6:08-CV-440 <br><br> Hon. Leonard E. Davis <br><br> JURY |

## ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME TO FILE PROPOSED DISCOVERY AND DOCKET CONTROL ORDERS

Plaintiff ALOFT MEDIA, LLC and Defendant GOOGLE INC. filed their Joint Motion for An Extension of Time to File Proposed Discovery and Docket Control Orders. The Court, after review of the subject Motion and upon due consideration, it is hereby ORDERED that said Motion shall be in all things granted; and it is

FURTHER ORDERED that the deadline for Plaintiff and Defendant to file their proposed Discovery Order and Docket Control Order shall be extended to and including April 13, 2009.

**So ORDERED and SIGNED this 7th day of April, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE