# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | Civil Action No. 6:08-CV-440 |
| v. | § | |
| | § | |
| **GOOGLE, INC.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | § | |

## MOTION FOR ENTRY OF AGREED DOCKET CONTROL ORDER AND AGREED DISCOVERY ORDER

Plaintiff Aloft Media, LLC and Defendant Google, Inc. (collectively, "the parties"), respectfully file this Motion for Entry of Agreed of Docket Control Order and Agreed Discovery Order, and in support thereof would respectfully submit the following:

The parties have reached an agreement as to the proposed Docket Control Order and Discovery Order and respectfully request that the Court enter the attached proposed Orders (attached hereto as Exhibit "A" and Exhibit "B," respectively).

Respectfully submitted,

| | |
|---|---|
| **/s/ Craig Tadlock**<br>Eric M. Albritton<br>Texas State Bar No. 00790215<br>Craig Tadlock<br>Texas State Bar No. 00791766<br>Adam A. Biggs<br>Texas State Bar No. 24051753<br>ALBRITTON LAW FIRM<br>P.O. Box 2649<br>Longview, Texas 75606<br>(903) 757-8449 (phone)<br>(903) 758-7397 (fax)<br>ema@emafirm.com<br>cct@emafirm.com<br>aab@emafirm.com | Scott E. Stevens<br>State Bar No. 00792024<br>Kyle J. Nelson<br>State Bar No. 24056031<br>STEVENS LAW FIRM<br>P.O. Box 807<br>Longview, Texas 75606<br>Tel: 903-753-6760<br>Fax: 903-753-6761<br>scott@seslawfirm.com<br>kyle@seslawfirm.com |
| T. John Ward, Jr.<br>Texas Bar No. 00794818<br>WARD & SMITH LAW FIRM<br>P.O. Box 1231<br>Longview, TX 75606-1231<br>Telephone: (903) 757-6400<br>Facsimile: (903) 757-2323<br>jw@jwfirm.com | Danny L. Williams<br>Texas State Bar No. 21518050<br>Chris Cravey<br>Texas State Bar No. 24034398<br>Matthew R. Rodgers<br>WILLIAMS, MORGAN &<br>AMERSON, P.C.<br>10333 Richmond, Suite 1100<br>Houston, Texas 77042<br>Telephone: (713) 934-4060<br>Facsimile: (713) 934-7011<br>danny@wmalaw.com<br>cravey@wmalaw.com<br>mrodgers@wmalaw.com |
| Jason A. Holt<br>Texas State Bar No. 24041122<br>Matthew M. Hill<br>Texas State Bar No. 24041101<br>HILL & HOLT, P.L.L.C.<br>P.O. Box 6945<br>Longview, TX 75608<br>(903) 230-7914 (phone)<br>(903) 269-1381 (fax)<br>jholt@hillandholt.com<br>mhill@hillandholt.com | ***ATTORNEYS FOR PLAINTIFF<br>ALOFT MEDIA, LLC*** |

| | |
|---|---|
| Michael E. Jones<br>State Bar No. 10929400<br>Allen F. Gardner<br>State Bar No. 24043679<br>POTTER MINTON<br>A Professional Corporation<br>110 N. College, Suite 500 (75702)<br>P.O. Box 359<br>Tyler, Texas 75710<br>(903) 597-8311<br>(903) 593-0846 (Facsimile)<br>mikejones@potterminton.com<br>allengardner@potterminton.com | /s/ Scott T. Weingaertner<br>Robert F. Perry<br>rperry@kslaw.com<br>Scott T. Weingaertner<br>sweingaertner@kslaw.com<br>Christopher C. Carnaval<br>ccarnaval@kslaw.com<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222<br><br>*ATTORNEYS FOR DEFENDANT GOOGLE, INC.* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 13th day of April, 2009.

Craig Tadlock