IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO.6:08-cv-440 (LED) |
| | § | |
| | § | JURY TRIAL DEMANDED |
| GOOGLE, INC. | § | |

## **DEFENDANT'S NOTICE OF COMPLIANCE REGARDING INITIAL DISCLOSURE REQUIREMENTS**

Defendant GOOGLE, INC. hereby notifies the Court that on June 5, 2009, it complied with its disclosure requirements under Federal Rule of Civil Procedure 26(a)(1), the Local Rules of this Court, and the Discovery Order entered on April 15, 2009.

| Dated: June 5, 2009 | Respectfully submitted, |
|---|---|
| | By: */s/ Michael E. Jones*<br>Michael E. Jones<br>State Bar No. 10929400<br>Allen F. Gardner<br>State Bar No. 24043679<br>POTTER MINTON<br>A Professional Corporation<br>110 N. College, Suite 500 (75702)<br>P.O. Box 359<br>Tyler, Texas 75710<br>(903) 597-8311<br>(903) 593-0846 (Facsimile)<br>mikejones@potterminton.com<br>allengardner@potterminton.com |
| | Of Counsel: |
| | Scott T. Weingaertner<br>sweingaertner@kslaw.com<br>Robert F. Perry<br>rperry@kslaw.com<br>Christopher C. Carnaval<br>ccarnaval@kslaw.com<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222 |
| | ATTORNEYS FOR DEFENDANT<br>GOOGLE INC. |

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 5, 2009. Any other counsel of record will be served by U.S. first class mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones