# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:08-CV-440 |
| v. | § | |
| | § | |
| GOOGLE, INC. | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## NOTICE OF CHANGE OF CONTACT INFORMATION

PLEASE TAKE NOTICE that the contact information of Craig Tadlock, counsel for Plaintiff, Aloft Media, LLC, has been changed to:

Craig Tadlock
Texas State Bar No. 00791766
TADLOCK LAW FIRM
311 Touchdown Drive
Irving, Texas 75063
Telephone: (214) 663-4900
craig@tadlocklawfirm.com

Respectfully submitted,

_____
Craig Tadlock
Texas State Bar No. 00791766
TADLOCK LAW FIRM
311 Touchdown Drive
Irving, Texas 75063
Telephone: (214) 663-4900
craig@tadlocklawfirm.com

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 22nd day of June, 2009.

                                                                _____
                                                                Craig Tadlock