**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 6:08-CV-440** |
| **v.** | § | |
| | § | |
| **GOOGLE, INC.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | § | |

**PLAINTIFF ALOFT MEDIA, LLC'S NOTICE OF DISCLOSURE**

Plaintiff Aloft Media, LLC hereby certifies that it made the disclosures required by paragraph two of the Court's April 15, 2009 Discovery Order.

Respectfully submitted,


Eric M. Albritton
Texas State Bar No. 00790215
Adam A. Biggs
Texas State Bar No. 24051753
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com
aab@emafirm.com

T. John Ward, Jr.
Texas Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

Danny L. Williams
Texas State Bar No. 21518050
Chris Cravey
Texas State Bar No. 24034398
Matthew R. Rodgers
Texas Bar No. 24041804
WILLIAMS, MORGAN &
AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-4060
Facsimile: (713) 934-7011
danny@wmalaw.com
cravey@wmalaw.com
mrodgers@wmalaw.com

Scott E. Stevens
State Bar No. 00792024
Kyle J. Nelson
State Bar No. 24056031
STEVENS LAW FIRM
P.O. Box 807
Longview, Texas 75606
Tel: 903-753-6760
Fax: 903-753-6761
scott@seslawfirm.com
kyle@seslawfirm.com

Jason A. Holt
Texas State Bar No. 24041122
Matthew M. Hill
Texas State Bar No. 24041101
HILL & HOLT, P.L.L.C.
P.O. Box 6945
Longview, TX 75608
(903) 230-7914 (phone)
(903) 269-1381 (fax)
jholt@hillandholt.com
mhill@hillandholt.com

*ATTORNEYS FOR PLAINTIFF*
*ALOFT MEDIA, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 10th day of July, 2009.

Eric M. Albritton