# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | CASE NO. 6:08-CV-440 <br><br> Hon. John D. Love <br><br> JURY |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiff ALOFT MEDIA, LLC and Defendant GOOGLE INC. jointly move this Court to enter the Protective Order submitted herewith, which has been agreed to by all parties.

1

Dated: July 13, 2009                    Respectfully submitted,


                                        By: */s/ Michael E. Jones*
                                        Michael E. Jones
                                        State Bar No. 10929400
                                        Allen F. Gardner
                                        State Bar No. 24043679
                                        POTTER MINTON
                                        A Professional Corporation
                                        110 N. College, Suite 500 (75702)
                                        P.O. Box 359
                                        Tyler, Texas 75710
                                        (903) 597-8311
                                        (903) 593-0846 (Facsimile)
                                        mikejones@potterminton.com
                                        allengardner@potterminton.com

                                        Of Counsel:

                                        Scott T. Weingaertner
                                        sweingaertner@kslaw.com
                                        Robert F. Perry
                                        rperry@kslaw.com
                                        Christopher C. Carnaval
                                        ccarnaval@kslaw.com
                                        KING & SPALDING LLP
                                        1185 Avenue of the Americas
                                        New York, NY 10036-4003
                                        Telephone: (212) 556-2100
                                        Facsimile: (212) 556-2222

                                        ATTORNEYS FOR DEFENDANT
                                        GOOGLE INC.

*/s/ Eric M. Albritton, with permission by Michael E. Jones*
Eric M. Albritton
Texas State Bar No. 00790215
Adam A. Biggs
Texas State Bar No. 24051753
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com
cct@emafirm.com
aab@emafirm.com

T. John Ward, Jr.
Texas Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

Danny L. Williams
Texas State Bar No. 21518050
Chris Cravey
Texas State Bar No. 24034398
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-4060
Facsimile: (713) 934-7011
danny@wmalaw.com
cravey@wmalaw.com

Scott E. Stevens
State Bar No. 00792024
Kyle J. Nelson
State Bar No. 24056031
STEVENS LAW FIRM
P.O. Box 807
Longview, Texas 75606
Tel: 903-753-6760
Fax: 903-753-6761
scott@seslawfirm.com
kjn@seslawfirm.com

Jason A. Holt
Texas State Bar No. 24041122
Matthew M. Hill
Texas State Bar No. 24041101
HILL & HOLT, P.L.L.C.
P.O. Box 6945
Longview, TX 75608
(903) 230-7914 (phone)
(903) 269-1381 (fax)
jholt@hillandholt.com
mhill@hillandholt.com

*ATTORNEYS FOR PLAINTIFF*
*ALOFT MEDIA, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 13, 2009. Any other counsel of record will be served by U.S. first class mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones