# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | CASE NO. 6:08-CV-440 [JDL] <br><br> JURY |

## **GOOGLE'S NOTICE OF COMPLIANCE WITH PATENT RULE 3-3 AND 3-4(b)**

Defendant Google Inc. hereby notifies the Court that on July 24, 2009 Google Inc. served on all counsel of record their P.R. 3-3 and 3-4(b) Disclosures pursuant to the Court's Docket Control Order entered in this matter on April 15, 2009 [Dkt. #36].

Dated: July 27, 2009

Respectfully submitted,

*/s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
Tyler, Texas 75710
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

{A07\7713\0007\W0399803.1 }

Robert F. Perry
rperry@kslaw.com
Scott T. Weingaertner
sweingaertner@kslaw.com
Christopher C. Carnaval
ccarnaval@kslaw.com
Steven T Snyder
ssnyder@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

**ATTORNEYS FOR DEFENDANT
GOOGLE INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 27, 2009. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones