# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | CASE NO. 6:08-CV-440 [JDL] <br><br> JURY |

## ORDER GRANTING JOINT MOTION TO SUSPEND ALL DEADLINES

Before the Court is Plaintiff ALOFT MEDIA, LLC and Defendant GOOGLE INC.'s Joint Motion to Suspend All Deadlines. After consideration of same, the Court is of the opinion that said Motion should be, in all things, GRANTED.

IT IS THEREFORE ORDERED that all deadlines in this case be suspended for a period of two (2) weeks.

**So ORDERED and SIGNED this 6th day of August, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE