# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ALOFT MEDIA, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | Civil Action No. 6:08-cv-440-LED-JDL |
| v. § | |
| § | **JURY TRIAL DEMANDED** |
| **GOOGLE, INC.,** § | |
| § | |
| **Defendant.** § | |

## ORDER

Before the Court is Plaintiff Aloft Media, LLC's Motion to Suspend Deadlines ("Motion") (Doc. No. 57) requesting that the Court enter an Order suspending all deadlines in this case for an additional period of two weeks. Previously the Court granted the parties' Motion to Stay for two weeks (Doc. No. 56). Although Defendant Google agrees to a further suspension of only one week, after considering said Motion, the Court is of the opinion that said Motion should be **GRANTED**.

It is therefore **ORDERED** that Plaintiff and Defendant shall have up to and including September 4, 2009 to enter into a final written settlement agreement. All Docket Control and Discovery Order deadlines will be suspended up to this date.

While the Court has been advised that the case has settled, the Court expresses concern that it has not yet received a final settlement agreement. The Court expects that a final settlement agreement will be provided expeditiously. If parties fail to provide the Court with timely dismissal papers, the Court may dismiss this case as settled on its own motion.

**So ORDERED and SIGNED this 24th day of August, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE