IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **ALOFT MEDIA, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | **Civil Action No. 6:08-cv-440** |
| **GOOGLE, INC.,** § | |
| § | |
| **Defendant.** § | |

## FINAL JUDGMENT

Pursuant to the Order dismissing the claims of all parties signed September 9, 2009, the Court hereby enters Final Judgment.

It is therefore **ORDERED, ADJUDGED and DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED, ADJUDGED and DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety, with prejudice.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 9th day of September, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE